UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ASHLEIGH CHATMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| N-ABLE TECHNOLOGIES,, | ) | 5:24-CV-535-BO-BM |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on defendant's motion to dismiss. Plaintiff, who is represented by counsel, has failed to respond to the motion to dismiss and the time for doing so has expired.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss [DE 8] is GRANTED. Plaintiffs complaint is DISMISSED.

This case is closed.

**This judgment filed and entered on December 23, 2024, and served on:**
Jesse A. Schaefer (via CM/ECF NEF)
Andreas J. Mosby (via CM/ECF NEF)
Ashleigh Chatman (via US Mail to 10520 Chapel Hill Rd., Ste. 904, Morrisville, NC 27560)

PETER A. MOORE, JR., CLERK

December 23, 2024

 /s/ Lindsay Stouch
By: Deputy Clerk